# EXHIBIT E

# EXEMPLARY CLAIM CHART DEMONSTRATING INFRINGEMENT OF U.S. PATENT NO. 11,118,515

| U.S. 11,118,515 | Aces Killshot Fusion EFI System |
|---|---|
| **9[pre].** A throttle body assembly, comprising: | |

| U.S. 11,118,515 | Aces Killshot Fusion EFI System |
|---|---|
| **[9a]** a throttle body having an upper inlet and a lower outlet configured to mount to an internal combustion engine; | |

| U.S. 11,118,515 | Aces Killshot Fusion EFI System |
| --- | --- |
| | |

| U.S. 11,118,515 | Aces Killshot Fusion EFI System |
| --- | --- |
| **[9b]** at least one bore extending through said throttle body, wherein the at least one bore defines said upper inlet and said lower outlet of said throttle body assembly; | |

| U.S. 11,118,515 | Aces Killshot Fusion EFI System |
|---|---|
| |  |

| U.S. 11,118,515 | Aces Killshot Fusion EFI System |
|---|---|
| **[9c]** a fuel component cover located on a first side of said throttle body and an electronic control unit cover mounted over an electronic control unit, said electronic control unit and said electronic control unit cover located on a second side of said throttle body, wherein said first side is about 90 degrees from said second side; |  |
| **[9d]** at least one fuel injector disposed at least partially within said throttle body, wherein said at least one fuel injector is parallel to a mounting base of said throttle body and said electronic control unit is in electrical communication with said at least one fuel injector; |  |

| U.S. 11,118,515 | Aces Killshot Fusion EFI System |
|---|---|
| | ECU in electrical communication with fuel injectors |
| **[9e]** at least one connecting fuel passage extending from a fuel inlet passage, comprising a cross-channel passageway and a vertical passageway at least partially disposed within said fuel component cover, wherein said vertical passageway is in fluid communication with said at least one fuel injector and a second fuel injector, both of said at least one fuel injector and said second fuel injector providing fuel to said at least one bore, and wherein said vertical passageway is capable of feeding the second fuel injector which is capable of being positioned at least partially within said throttle body; and | |

| U.S. 11,118,515 | Aces Killshot Fusion EFI System |
| --- | --- |
| | |
| **[9f]** said at least one fuel injector directing fuel into at least one fuel distribution ring, said at least one fuel distribution ring having a plurality of fuel apertures directing fuel into said at least one bore of said throttle body. | |

| U.S. 11,118,515 | Aces Killshot Fusion EFI System |
| --- | --- |
| | Fuel distribution ring<br>Fuel apertures |

Case 1:26-cv-00059 Document 1-5 Filed 03/06/26 Page 10 of 10 PageID #: 105