# EXHIBIT F

# EXEMPLARY CLAIM CHART DEMONSTRATING INFRINGEMENT OF U.S. PATENT NO. 11,333,083

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
| **1[pre].** A throttle body assembly, comprising: | |

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
| **[1a]** a throttle body having an upper inlet and a lower outlet configured to mount to an internal combustion engine; | |

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
| | |

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
| **[1b]** four bores each extending through said throttle body, wherein each of said four bores comprises said upper inlet and said lower outlet of said throttle body assembly; |  |

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
|  |  |

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
| **[1c]** a first fuel component cover located on a first side of said throttle body and associated with a first and second bores of said four bores | (images showing First fuel component cover, First side, First bore, Second bore, First fuel component cover labels on the Aces Killshot throttle body) |

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
| **[1d]** a second fuel component cover located on a second opposite side of said throttle body and associated with a third and fourth bores of said four bores; | Second fuel component cover — Second side<br><br>Second fuel component cover — Third bore — Fourth bore |

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
| **[1e]** a first fuel injector disposed at least partially within said throttle body corresponding to each of said four bores, wherein said first fuel injector extends horizontally into said throttle body; | Fuel injector |

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
| **[1f]** at least one connecting fuel passage extending from a fuel inlet passage, comprising a cross-channel passageway and a vertical passageway at least partially disposed within each of said first fuel component cover and said second fuel component cover, wherein said vertical passageway is in fluid communication with said first fuel injector in fluid communication with each bore of said four bores corresponding to said first fuel component cover and said second fuel component cover; |  Fuel component cover |

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
| |  |

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
| **[1g]** said first fuel injector receiving fuel from said first fuel component cover or said second fuel component cover and directing fuel into a fuel distribution ring corresponding to each of four bores, each said fuel distribution ring having a plurality of fuel apertures directing fuel into one corresponding bore of said four bores of said throttle body; and, |  |

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
|  | Fuel distribution ring |

| U.S. 11,333,083 | Aces Killshot Fusion EFI System |
|---|---|
| **[1h]** a throttle shaft extending though the throttle body and one pair of said four bores, wherein said throttle shaft is perpendicular to a horizontal direction between a first end and a second end of each of said first fuel injectors, respectively. |  |