# EXHIBIT G

# EXEMPLARY CLAIM CHART DEMONSTRATING INFRINGEMENT OF U.S. PATENT NO. 11,409,894

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
| **1[pre].** A fuel injection throttle body for an internal combustion engine, comprising: | |

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
| **[1a]** an air intake extending through said fuel injection throttle body; | |

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
|  |  |

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
| **[1b]** a fuel port in said fuel injection throttle body; | |

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
| **[1c]** an electronic fuel injector disposed in said fuel injection throttle body, said electronic fuel injector in fluid communication with a fuel supply and with said fuel port; |  |

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
| **[1d]** a fuel channel disposed about an inner wall of said air intake; | *(image: throttle body top view with "Fuel channel" label)* |
| **[1e]** said fuel channel formed by one or both of an annular ring and said inner wall of said air intake, said annular ring disposed within said air intake and along said inner wall of said air intake; | *(image: annular ring held in hand with "Annular ring" label)* |

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
|  | *[Image: Aces EFI throttle body viewed from above, with red arrows labeling "Fuel channel" and "Annular ring"]* |

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
| **[1f]** a plurality of orifices disposed in said annular ring and in fluid communication with said fuel channel; | |

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
| **[1g]** wherein pressurized fuel is forced through said fuel port, through said fuel channel, and through said plurality of orifices in order to mix with air moving through said air intake; |  |

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
|  |  |

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
|  | Image of Aces EFI throttle body with labels "Air intake" (pointing to four bores) and "Pressurized fuel" |

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
| **[1h]** a throttle shaft and throttle plate disposed within said air intake for rotation therein to vary an air flow moving through the air intake; and, |  |

| U.S. 11,409,894 | Aces Killshot Fusion EFI System |
|---|---|
|  |  |
| **[1i]** an electronic control unit to control fuel flow from said electronic fuel injector. |  |