# EXHIBIT H

# EXEMPLARY CLAIM CHART DEMONSTRATING INFRINGEMENT OF U.S. PATENT NO. 11,409,894

| U.S. 11,409,894 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| **1[pre].** A fuel injection throttle body for an internal combustion engine, comprising: | |

| U.S. 11,409,894 | Aces Deuces Wild 2-bbl EFI system |
| --- | --- |
| **[1a]** an air intake extending through said fuel injection throttle body; | |

| U.S. 11,409,894 | Aces Deuces Wild 2-bbl EFI system |
| --- | --- |
| |  |

| U.S. 11,409,894 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| **[1b]** a fuel port in said fuel injection throttle body; | |

| U.S. 11,409,894 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| **[1c]** an electronic fuel injector disposed in said fuel injection throttle body, said electronic fuel injector in fluid communication with a fuel supply and with said fuel port; |  |

| U.S. 11,409,894 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| **[1d]** a fuel channel disposed about an inner wall of said air intake; | Fuel channel |

| U.S. 11,409,894 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| **[1e]** said fuel channel formed by one or both of an annular ring and said inner wall of said air intake, said annular ring disposed within said air intake and along said inner wall of said air intake; | Fuel channel<br>Annular ring<br>Annular ring |

| U.S. 11,409,894 | Aces Deuces Wild 2-bbl EFI system |
| --- | --- |
| **[1f]** a plurality of orifices disposed in said annular ring and in fluid communication with said fuel channel; | |
| **[1g]** wherein pressurized fuel is forced through said fuel port, through said fuel channel, and through said plurality of orifices in order to mix with air moving through said air intake; | |

| U.S. 11,409,894 | Aces Deuces Wild 2-bbl EFI system |
| --- | --- |
|  |  |

| U.S. 11,409,894 | Aces Deuces Wild 2-bbl EFI system |
| --- | --- |
| **[1h]** a throttle shaft and throttle plate disposed within said air intake for rotation therein to vary an air flow moving through the air intake; and, |  |

| U.S. 11,409,894 | Aces Deuces Wild 2-bbl EFI system |
| --- | --- |
| **[1i]** an electronic control unit to control fuel flow from said electronic fuel injector. | |