# EXHIBIT J

# EXEMPLARY CLAIM CHART DEMONSTRATING INFRINGEMENT OF U.S. PATENT NO. 12,203,434

| U.S. 12,203,434 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| **1[pre].** A fuel injection throttle body for a non-carbureted internal combustion engine, comprising: | |

| U.S. 12,203,434 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| **[1a]** an air intake extending through said fuel injection throttle body in a vertical orientation; | |

| U.S. 12,203,434 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| |  |

| U.S. 12,203,434 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| **[1b]** said air intake capable of allowing an airflow to move from an upper end to a lower end of said air intake; |  |

| U.S. 12,203,434 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
|  |  |

| U.S. 12,203,434 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| **[1c]** a fuel port in said fuel injection throttle body and capable of receiving fuel from an electronic fuel injector; |  |

| U.S. 12,203,434 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| **[1d]** a fuel channel in fluid communication with said fuel port to receive said fuel; | *[photograph of component with two circular openings, labeled "Fuel channel" with arrows pointing to the two openings]* |

| U.S. 12,203,434 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| [1e] a plurality of orifices disposed annularly about said air intake allowing said fuel to pass from said fuel channel into said air intake; |  |

| U.S. 12,203,434 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| |  |

| U.S. 12,203,434 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| **[1f]** a throttle plate disposed in said air intake and rotatable on a shaft, said throttle plate movable to vary the airflow moving through the air intake; and, |  |

| U.S. 12,203,434 | Aces Deuces Wild 2-bbl EFI system |
|---|---|
| **[1g]** an electronic controller which controls said electronic fuel injector. | |